# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2020

160598

ANTHONY LACASCIO,
         Plaintiff-Appellee,

v

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN,
         Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160598
COA: 344950
Macomb CC: 2017-000299-NF

By order of April 29, 2020, the application for leave to appeal the October 17, 2019 judgment of the Court of Appeals was held in abeyance pending the decision in *MEEMIC Ins Co v Fortson*, (Docket No. 158302). On order of the Court, the case having been decided on July 29, 2020, ___ Mich ___ (2020), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *MEEMIC Ins Co*.



s1116

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2020



Clerk